UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

**Sherice Sargent**, et al.,

    Plaintiffs-Appellants,

v.

**The School District of Philadelphia**, et al.,

    Defendants-Appellees.

No. 22-2493

## UNOPPOSED MOTION TO DISMISS APPEAL

Plaintiffs-appellants Sherice Sargent, Michelle Sheridan, and Joshua Meyer respectfully move to dismiss their appeal under Rule 42(b)(2). We have conferred with counsel for the defendants-appellees and have agreed to dismiss the appeal on the following terms:

The plaintiffs-appellants will pay the court costs of the defendants-appellees. The plaintiffs-appellants also commit not to re-file a motion for preliminary injunction in the district court, and will proceed directly to merits discovery upon remand. The plaintiffs-appellants will agree to a discovery schedule with the defendants-appellees that accommodates witness availability given the end of the school year and upcoming summer vacation.

The defendants-appellees agree to dismissal of the appeal in accordance with these terms. *See* Fed. R. App. P. 42(b)(2).

# CONCLUSION

The unopposed motion to dismiss the appeal should be granted.

                            Respectfully submitted.

| | |
|---|---|
| | /s/ Jonathan F. Mitchell |
| WALTER S. ZIMOLONG | JONATHAN F. MITCHELL |
| Zimolong LLC | Mitchell Law PLLC |
| Post Office Box 552 | 111 Congress Avenue, Suite 400 |
| Villanova, Pennsylvania 19085 | Austin, Texas 78701 |
| (215) 665-0842 | (512) 686-3940 (phone) |
| wally@zimolonglaw.com | (512) 686-3941 (fax) |
| | jonathan@mitchell.law |
| GENE P. HAMILTON | |
| America First Legal Foundation | |
| 300 Independence Avenue SE | |
| Washington, DC 20003 | |
| (202) 964-3721 | |
| gene.hamilton@aflegal.org | |
| | |
| Dated: May 10, 2023 | *Counsel for Appellants* |

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). The motion was prepared in 14-point Equity Text B, and it contains 127 words.

                                                  /s/ Jonathan F. Mitchell
                                                  JONATHAN F. MITCHELL
                                                  *Counsel for Appellants*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with William Kennedy, counsel for the appellees, and he informed me that the appellees agree to dismissal of the appeal in accordance with the terms set forth in this motion.

                                                  /s/ Jonathan F. Mitchell
                                                  JONATHAN F. MITCHELL
                                                  *Counsel for Appellants*

# CERTIFICATE OF SERVICE

  I certify that on May 10, 2023, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I further certify that I served this document through CM/ECF upon:

William Kennedy
Jessica M. Rizzo
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, Pennsylvania 19103-7505
(215) 772-1500 (phone)
wkennedy@mmwr.com
jrizzo@mmwr.com

Renee N. Smith
Jackson Lewis P.C.
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7835 (phone)
renee.smith@jacksonlewis.com

*Counsel for Defendants-Appellees*

            /s/ Jonathan F. Mitchell
            Jonathan F. Mitchell
            *Counsel for Appellants*